# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SAENZ,<br><br>             Plaintiff,<br><br>     v.<br><br>BRINTON, *et al.*,<br><br>             Defendants. | Case No.: 1:23-cv-01303-BAM (PC)<br><br>ORDER DENYING RENEWED MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 10) |

Plaintiff Robert G. Saenz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  On September 11, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915.  (ECF No. 8.)

On September 18, 2023, Plaintiff filed a renewed motion to proceed *in forma pauperis*. (ECF No. 10.)  As the Court has already granted Plaintiff's request to proceed *in forma pauperis*, the instant motion, (ECF No. 10), is HEREBY DENIED as moot.  The complaint will be screened in due course.

IT IS SO ORDERED.

    Dated:   **September 20, 2023**            /s/ *Barbara A. McAuliffe*            
                                             UNITED STATES MAGISTRATE JUDGE

1